# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ZANZABAR COSSE

VERSUS

LAFARGE NORTH AMERICA, INC.;
LAFARGE AGGREGATES
SOUTHEAST, INC.; CAJUN
INDUSTRIES, LLC; CAJUN
CONSTRUCTORS, LLC; JACOBS
ENGINEERING GROUP, INC.; AND
MONSANTO COMPANY

NO.  2021 CW 0755

OCT 1 2 2021

---

In Re:    Jacobs Field Services North America, Inc., applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 659503.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**GH**
**WRC**

**Guidry, J.,** would issue a briefing schedule pursuant to La.
Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT